**Entered on Docket
July 15, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

CINDY LEE STOCK
Nevada Bar No. 803
915 East Bonneville Avenue
Las Vegas, Nevada  89101
(702) 382-1399 Phone
(702) 382-0925 Fax
bk-clstock@cox.net E-mail

In Association With:
MALCOLM ♦CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612

Attorneys EMC MORTGAGE CORPORATION

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 7 |
| PETER J. SORENSEN and<br>JUDY L. SORENSEN, | CASE NO. N-10-52069-GWZ |
| | Hearing Date: July 13, 2010<br>Hearing Time: 10:00 a.m. |
| Debtors. | Location:  Clifton Young Federal Bldg.<br>Courtroom No. 1 |

## ORDER FOR RELIEF FROM THE AUTOMATIC STAY

The hearing of the motion of EMC MORTGAGE CORPORATION. for relief from automatic stay was regularly scheduled before this court on June 9, 2010. EMC MORTGAGE CORPORATION appearances as noted on the record.  No timely opposition having been filed, the court being fully advised in the premises and good cause appearing therefor:

IT IS HEREBY ORDERED that the motion for relief from automatic stay be, and it hereby is, granted.

IT IS FURTHER ORDERED that the stay is hereby terminated as to the real property located at 688 Seven Mile Canyon Road, Virginia City, NV 89440 (the "Property").

SUBMITTED BY:

/s/ *Cindy Lee Stock*
CINDY LEE STOCK
Nevada Bar No. 803
915 East Bonneville Avenue
Las Vegas, Nevada   89101
(702)382-1399
Attorney for EMC MORTGAGE CORPORATION

RULE 9021 CERTIFICATION:

In accordance with Local Rule 9021, counsel for Movant certifies:

_____   The Court waived the requirement of approval under LR 9021.

_____   This is a Chapter 7 or 13 case, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____   This is a Chapter 9, 11 or 15 case, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

__X__   I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

# # #

2